```
McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. 1:06-cr-00135 AWI |
| ) | |
| Plaintiff,  ) | STIPULATION |
| ) | FOR CONTINUANCE AND |
| v.  ) | ORDER |
| ) | |
| JOSEPH BAILEY,  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

    IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Sherrill A. Carvalho, Assistant U.S. Attorney and Victor Chavez, attorney for defendant, Joseph Bailey, that the motions hearing currently scheduled for July 17, 2006, be continued to July 31, 2006 at 9:00 a.m.

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation, plea negotiations, and the

///
///
///
///

filing of motions, pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(iv).

Dated: May 23, 2006                     Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Sherrill A. Carvalho
SHERRILL A. CARVALHO
Assistant U.S. Attorney

Dated: May 23, 2006          /s/ Victor Chavez
VICTOR CHAVESZ
Attorney for Defendant

**ORDER**

On May 23, 2006, the parties lodged a stipulation to continue the motions hearing currently scheduled for July 17, 2006 at 9:00 a.m. to July 31, 2006, at 9:00 a.m.  Upon due consideration of the written stipulation of the parties and the record herein, the Court issues the following order:

The parties' stipulation and request to continue the motions hearing until July 31, 2006 at 9:00 a.m. is granted.   The motions schedule for filing of motions remains in effect as previously ordered: the defendant's motions are due on June 12, 2006 by 4:00 p.m.; the government's response to defendant's motion are due on July 10, 2006 by 4:00 p.m.; and the defendant's reply, if any, is due on July 13, 2006 by 4:00 p.m.  Further, the delay resulting from the continuance shall be excluded in the interests of justice herein to allow reasonable time for effective defense preparation, plea negotiations, and the filing

of motions, pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)((B)(iv).

IT IS SO ORDERED.

**Dated:   May 24, 2006**              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE