DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSEPH ASHLEY BAILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-0135 AWI |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION CONTINUING STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) | |
| JOSEPH ASHLEY BAILEY, | ) ) | Date:  December 18, 2006 Time:  9:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference hearing in the above-referenced matter now set for November 27, 2006, may be continued to December 18, 2006, at 9:00 A.M.**

This motion is requested by the parties to allow additional time for plea negotiations.

///
///
///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: November 21, 2006          By /s/ Sherrill A. Carvalho
                                                SHERRILL A. CARVALHO
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

DATED: November 21, 2006          By   /s/ Victor M. Chavez
                                                VICTOR M. CHAVEZ
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                JOSEPH ASHLEY BAILEY

## O R D E R

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   November 22, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                            UNITED STATES DISTRICT JUDGE