1    DANIEL J. BRODERICK, #89424
     Federal Defender
2    VICTOR M. CHAVEZ, Bar #113752
     Assistant Federal Defender
3    Designated Counsel for Service
     2300 Tulare Street, Suite 330
4    Fresno, California  93721-2226
     Telephone: (559) 487-5561
5
     Attorney for Defendant
6    JOSEPH ASHLEY BAILEY

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   NO. 1:06-cr-0135 AWI
                                       )
12                   Plaintiff,        )   STIPULATION CONTINUING STATUS
                                       )   CONFERENCE HEARING; AND ORDER
13            v.                       )   THEREON
                                       )
14   JOSEPH ASHLEY BAILEY,             )   Date:   January 29, 2007
                                       )   Time:  9:00 A.M.
15                   Defendant.        )   Judge: Hon. Anthony W. Ishii
                                       )
16   _____   )

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19   counsel that **the status conference hearing in the above-referenced matter now set for December 18,**

20   **2006, may be continued to January 29, 2007, at 9:00 A.M.**

21       This motion is requested by the parties to allow additional time for plea negotiations prior to

22   hearing.

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    The parties also agree that any delay resulting from this continuance shall be excluded in

2    the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

3                                                    McGREGOR W. SCOTT
                                                     United States Attorney
4

5    DATED:  December 13, 2006          By /s/  Sherrill A. Carvalho
                                                     SHERRILL A. CARVALHO
6                                                    Assistant U.S. Attorney
                                                     Attorney for Plaintiff
7

8                                                    DANIEL J. BRODERICK
                                                     Federal Public Defender
9

10   DATED: December 13, 2006           By   /s/ Victor M. Chavez
                                                     VICTOR M. CHAVEZ
11                                                   Assistant Federal Defender
                                                     Attorney for Defendant
12                                                   JOSEPH ASHLEY BAILEY

13

14                                  **O R D E R**

15        **IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C.

16   §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

17

18   IT IS SO ORDERED.

19

20   **Dated:    December 15, 2006**            _____/s/ Anthony W. Ishii_____
     0m8i78                                    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

Stipulation Continuing Status Conference
Hearing; and [Proposed] Order Thereon