DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSEPH ASHLEY BAILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-0135 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION CONTINUING STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) |  |
| JOSEPH ASHLEY BAILEY, | ) ) | Date:  March 12, 2007 Time:  9:00 A.M. |
| Defendant. | ) ) ) | Judge:  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference hearing in the above-referenced matter now set for January 29, 2007, may be continued to March 12, 2007, at 9:00 A.M.**

This motion is requested by the parties to allow additional time for plea negotiations prior to hearing.

///
///
///
///
///
///

1     The parties also agree that any delay resulting from this continuance shall be excluded in
2 the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                McGREGOR W. SCOTT
                                United States Attorney

DATED: January 25, 2007        By /s/ Sherrill A. Carvalho
                                SHERRILL A. CARVALHO
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

                                DANIEL J. BRODERICK
                                Federal Public Defender

DATED: January 25, 2007        By /s/ Victor M. Chavez
                                VICTOR M. CHAVEZ
                                Assistant Federal Defender
                                Attorney for Defendant
                                JOSEPH ASHLEY BAILEY


## O R D E R

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 26, 2007**            /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE