1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   VICTOR M. CHAVEZ, Bar #113752
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   JOSEPH ASHLEY BAILEY

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   NO. 1:06-cr-0135 LJO
                                         )
12                  Plaintiff,           )   STIPULATION TO CONTINUE STATUS
                                         )   CONFERENCE HEARING; AND  ORDER
13         v.                            )   THEREON
                                         )
14   JOSEPH ASHLEY BAILEY,               )   Date:   August 3, 2007
                                         )   Time:   9:00 a.m.
15                  Defendant.           )   Judge: Hon. Lawrence J. O'Neill
                                         )
16   _____)

17

18         **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19   counsel that the status conference hearing in the above-referenced matter now set for June 29, 2007, may

20   be continued to **August 3, 2007 at 9:00 a.m.**

21         At the Status Hearing on May 10, 2007, the parties set the case out to June 29, 2007 to  allow time

22   for defendant to be examined by a psychiatrist for purposes of competency.  Defendant is scheduled for

23   psychiatric examination on June 29, 2007; and any report to be prepared would be available to defense

24   counsel by July 20, 2007.  Defense counsel therefore requests that this case be continued to August 3,

25   3007 for further hearing.

26         The parties also agree that any delay resulting from this continuance shall be excluded in

27   ///

28   ///

1     the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

2                                        McGREGOR W. SCOTT
                                         United States Attorney
3

4     DATED: June 26, 2007          By /s/  Sherrill A. Carvalho
                                        SHERRILL A. CARVALHO
5                                       Assistant U.S. Attorney
                                        Attorney for Plaintiff
6

7                                       DANIEL J. BRODERICK
                                        Federal Public Defender
8

9     DATED: June 26, 2007          By   /s/ Victor M. Chavez
                                        VICTOR M. CHAVEZ
10                                      Assistant Federal Defender
                                        Attorney for Defendant
11                                      JOSEPH ASHLEY BAILEY

12

13                                  **O R D E R**

14

15    BASED ON THE REPRESENTATIONS MADE IN THE STIPULATION, GOOD CAUSE EXISTS,

16    BOTH FOR THE CONTINUANCE AND THE EXCLUSION OF TIME.

17

18
      IT IS SO ORDERED.
19

20    **Dated:    June 27, 2007               /s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

Stipulation Continuing Status Conference
Hearing; and [Proposed] Order Thereon