DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSEPH ASHLEY BAILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-0135 LJO |
|---|---|---|
| Plaintiff, | ) | *AMENDED* STIPULATION *(TO REFLECT LAWRENCE J. O'NEILL AS THE JUDGE)* CONTINUING FURTHER STATUS CONFERENCE HEARING; AND [PROPOSED] ORDER THEREON |
| v. | ) | |
| JOSEPH ASHLEY BAILEY, | ) | |
| Defendant. | ) | Date: September 7, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the further status conference hearing in the above-referenced matter now set for August 24, 2007 at 9:00 a.m., may be **continued to September 7, 2007 at 9:00 a.m.**

The continuance sought is at the request of defense counsel due to a family emergency.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                                        McGREGOR W. SCOTT
                                                                        United States Attorney

DATED: August 22, 2007                    By /s/ Mark J. McKeon for
                                                                        SHERRILL A. CARVALHO
                                                                        Assistant U.S. Attorney
                                                                        Attorney for Plaintiff

|   |   |
|---|---|
|   | DANIEL J. BRODERICK<br>Federal Public Defender |
| DATED: August 22, 2007 | By  /s/ Victor M. Chavez<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSEPH ASHLEY BAILEY |

**O R D E R**

IT IS SO ORDERED.

**Dated:   August 23, 2007**          /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE

*Amended* Stipulation (to Reflect Lawrence J. O'Neill as
the Judge) Continuing Further Status Conference
Hearing; and [Proposed] Order Thereon

2