HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:06-CR-00135-LJO |
| *Plaintiff,* | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| JOSEPH BAILEY, | |
| *Defendant.* | |

Defendant, Joseph Bailey, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking modification of his terms of supervised release.

On December 17, 2007, Mr. Bailey was sentenced to 120 months in custody and 240 months of supervised release. He began serving his term of supervised release on December 16, 2014. Mr. Bailey submits the attached Financial Affidavit as evidence of his inability to retain counsel at this time. After reviewing his *Financial Affidavit*, it is respectfully recommended that CJA panel counsel Victor M. Chavez be promptly appointed *nunc pro tunc* as of February 23, 2024.

DATED:  February 27, 2024                                          */s/ Eric V Kersten*
                                                                                        ERIC V. KERSTEN
                                                                                        Assistant Federal Defender
                                                                                        Branch Chief, Fresno Offic

1

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA panel counsel Victor M. Chavez be promptly appointed *nunc pro tunc* as of February 26, 2024, pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**February 28, 2024**__          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE